**Order entered November 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00877-CR
No. 05-14-00878-CR
No. 05-14-00879-CR
No. 05-14-00880-CR

**REGINALD KEITH PINK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **GRANTS** appellant's October 27, 2014 motion to extend time to file his brief.

We **ORDER** the brief received on October 31, 2014 filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE